UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CASS DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSCOW FOOD CO-OP, Inc.,<br><br>    Defendant. | Case No. 3:11-cv-210<br><br>ORDER TO DISMISS WITH PREJUDICE |

The Stipulation by the parties to dismiss the above-entitled action (Dkt. 14), having duly and regularly come before this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation (Dkt. 14) is APPROVED AND ADOPTED by the Court and the above-entitled action against the Defendant be, and the same hereby is, dismissed with prejudice and without fees or costs.

DATED: **March 15, 2012**

Honorable Edward J. Lodge
U. S. District Judge

ORDER TO DISMISS WITH PREJUDICE - 1